```
UNITED STATES DISTRICT COURT
  WESTERN DISTRICT OF LOUISIANA
       LAKE CHARLES DIVISION
```

| | | |
|---|---|---|
| MAX RAY BUTLER<br>    B.O.P. # 09954011 | * <br> * <br> * | CIVIL ACTION NO. 2:17-CV-230 |
| v. | * <br> * | UNASSIGNED DISTRICT JUDGE |
| S. PORTER, ET AL. | * <br> * <br> * <br> * | MAGISTRATE JUDGE KAY |

***

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 30), and supplemental Report and Recommendation (Rec. Doc. 42), of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law, the Court hereby adopts the Report and Recommendation, as well as the supplemental Report and Recommendation. Accordingly,

**IT IS ORDERED** that the defendants Russell L. Johnson, Associate Warden Weeks, B. Moorehead, J.A. Keller, Becky Clay, Terrance M. Steffey, Dante Alexander, and Lieutenant Brian A. Nichols be and are hereby **DISMISSED WITH PREJUDICE** from this matter.

**IT IS FURTHER ORDERED** that all claims against Warden Swain, J. Sorenson, Officer Tyson, and Michael Rios be and are hereby **DISMISSED WITHOUT PREJUDICE** to Butler pursuing such claims in the proper forum.

**IT IS FURTHER ORDERED** that Butler's Motion to Reconsider (Rec. Doc. 40) be and is hereby **DENIED**, and for the reasons detailed in the Report and Recommendation (Rec. Doc. 30), and supplement thereto (Rec. Doc. 42), all of Butler's claims, with the exception of the retaliation claims, be and are hereby **DENIED AND DISMISSED WITH PREJUDICE** as

frivolous and for failing to state a claim upon which relief can be granted in accordance with 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 19th day of January, 2018.

DONALD E. WALTER
UNITED STATES DISTRICT COURT