UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **MAX RAY BUTLER #09954-011** | **CASE NO. 2:17-CV-00230 SEC P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **S PORTER ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 69] of the Magistrate Judge previously filed herein and after an independent review of the record, a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that the defendants' Motion to Dismiss [Doc. No. 56] be **GRANTED** and that this case be **DISMISSED WITH PREJUDICE** under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

THUS DONE in Chambers on this 2nd day of January, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE